1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    ARMANDO RODRIGUEZ,                    Case No.: 1:25-cv-00697 SKO PC

12                    Plaintiff,            **ORDER TRANSFERRING CASE TO THE
                                            SACRAMENTO DIVISION OF THE**
13           v.                             **EASTERN DISTRICT OF CALIFORNIA**

14    MICHELLE PADILLA, et al.,

15                    Defendants.

16

17          Plaintiff Armando Rodriguez, a state prisoner proceeding pro se, has filed a civil rights

18    action pursuant to 42 U.S.C. § 1983, together with a request to proceed *in forma pauperis*

19    pursuant to 28 U.S.C. § 1915.

20          In his complaint, Plaintiff alleges violations of his civil rights by defendants. The alleged

21    violations took place in San Joaquin County, which is part of the Sacramento Division of the

22    United States District Court for the Eastern District of California. Therefore, the complaint should

23    have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the court's own motion, be transferred to the proper court. Therefore, this action

26    will be transferred to the Sacramento Division. This court will not rule on Plaintiff's request to

27    proceed *in forma pauperis*.

28

Good cause appearing, **IT IS HEREBY ORDERED** that:

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3.  This court has not ruled on Plaintiff's request to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:   **June 11, 2025**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2